The People v. Waddell, 207 Ill. App. 228.

## The People of the State of Illinois, Defendant in Error, v. F. J. Waddell, Plaintiff in Error.

### Gen. No. 23,011. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. SAMUEL H. TRUDE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed July 19, 1917.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against F. J. Waddell, defendant, for a violation of section 25 of the Criminal Code (J. & A. ¶ 3507). From a judgment of conviction, defendant brings error.

BEAUREGARD F. MOSELEY, for plaintiff in error.

MACLAY HOYNE, for defendant in error; J. M. DICKINSON, JR., of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

ASSAULT AND BATTERY, § 31*—*when evidence sufficient to sustain conviction for assault with deadly weapon.* Evidence *held* sufficient to sustain a conviction for committing an assault with a deadly weapon, in violation of section 25 of the Criminal Code (J. & A. ¶ 3507).

˒See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.